Certificate Number: 05781-CO-DE-041222583

Bankruptcy Case Number: 26-14792



05781-CO-DE-041222583

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 19, 2026, at 1:42 o'clock PM PDT, Jason Mounkes completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Colorado.

Date:   July 19, 2026                     By:      /s/Allison M Geving

Name:   Allison M Geving

Title:   President